[Nos. 10266–4–I; 11649–5–I.   Division One.   April 25, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. MICHELLE
LYNN MONTGOMERY, ET AL, *Defendants,* HARVEY
RAY JOHNSON, *Appellant.*

*In the Matter of the Personal Restraint of*
HARVEY R. JOHNSON, *Petitioner.*

Appeal from a judgment of the Superior Court for King

County, No. 80–1–00233–0, Robert M. Elston, J., entered June 25, 1980, together with a petition for relief from personal restraint. Judgment *affirmed in part* and *remanded* and petition *denied* by unpublished opinion per Corbett, J., concurred in by Andersen, C.J., and Williams, J.